IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

UNKNOWN SPOUSE, HEIRS, DEVISEES,
LEGATEES, EXECUTORS, ADMINISTRATORS,
AND ASSIGNS, IF ANY, OF GILBERT L.
KING, DECEASED, et al.,

    Defendants.

CIVIL NO. 2:08CV00010
JUDGE MARBLEY
MAGISTRATE JUDGE ABEL

## ORDER DISMISSING PARTY DEFENDANT

Upon motion of the plaintiff, United States of America pursuant to Rule 21, Fed. R.Civ.P., to dismiss, and it appearing to the Court that defendant Unknown Spouse, if any, of Terry A. Cracraft was named as a party defendant in this action and is no longer needed for complete adjudication of the within cause of action,

IT IS ORDERED that the named defendant Unknown Spouse, if any, of Terry A. Cracraft be and hereby is dismissed as a party defendant in this action.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE